# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Russell, Appellant

No. 06-25-00022-CR          v.

The State of Texas, Appellee

Appeal from the County Criminal Court No. 5 of Denton County, Texas (Tr. Ct. No. CR-2024-01274-E).    Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.   Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Christopher Russell, pay all costs incurred by reason of this appeal.

RENDERED JULY 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk